| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Brow Bar Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA Brow Bar

**3. Debtor's federal Employer Identification Number (EIN)**  
26-4624555

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5042 Silver Saddle Ct. <br> Dublin, OH 43016 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Franklin | **Location of principal assets, if different from principal place of business** |
| County | IN |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  Brow Bar Inc.　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　8121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  AHR Inc.　　　　　　　　　　　Relationship  Affiliate

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 2

Debtor  **Brow Bar Inc.**
       Name

Case number (*if known*) _____

District: Southern District of Indiana    When: 6/30/23    Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49         ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99        ☐ 5001-10,000         ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☒ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor  Brow Bar Inc.                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 30, 2023
              MM / DD / YYYY

**X** /s/   Rafi Qureshi                                    Rafi Qureshi
Signature of authorized representative of debtor            Printed name

Title   President

**18. Signature of attorney**   **X** /s/ Sarah L. Fowler                 Date   June 30, 2023
                                Signature of attorney for debtor                 MM / DD / YYYY

Sarah L. Fowler 30621-49
Printed name

Blackwell Burke and Ramsey PC
Firm name

101 West Ohio Street   Suite 1700
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone   (317) 635-5005       Email address   sfowler@bbrlawpc.com

30621-49 IN
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Brow Bar Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 30, 2023           **X** /s/ Rafi Qureshi
                                       Signature of individual signing on behalf of debtor

                                       Rafi Qureshi
                                       Printed name

                                       President
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Brow Bar Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Arizona Mills Mall, LLC<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | | | | $5,000.00 |
| Bellwether Properties of South Carolina<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | Unliquidated<br>Disputed | | | $0.00 |
| Castleton Square, LLC<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | Unliquidated<br>Disputed | | | $0.00 |
| Christiana Mall LLC<br>Attn: Law/Lease Administration Department<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654 | | Lease | | | | $140,000.00 |
| Countryside Mall<br>27001 US Highway 19 N, Suite 1039<br>Clearwater Beach, FL 33761 | | Lease | Unliquidated<br>Disputed | | | $150,000.00 |

Debtor   Brow Bar Inc.
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Governor's Square Mall, LLC<br>Attn: Law/Lease Administration Department<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654 | | Lease | Unliquidated<br>Disputed | | | $50,000.00 |
| Mall of Georgia, LLC<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | Unliquidated<br>Disputed | | | $0.00 |
| Merritt Square Mall<br>777 East Merritt Island Causeway<br>Merritt Island, FL 32952 | | Lease | | | | $10,000.00 |
| Penn Ross Joint Venture<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | Unliquidated<br>Disputed | | | $0.00 |
| Simon Property Group (Texas), L.P.<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | Unliquidated<br>Disputed | | | $0.00 |
| Simon Property Group USA Inc.<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | Unliquidated<br>Disputed | | | $0.00 |
| Simon Property Group, L.P.<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | Lease | Unliquidated<br>Disputed | | | $0.00 |

Debtor  Brow Bar Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| South Hills Village Associates, L.P. c/o M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204 | | Lease | Unliquidated Disputed | | | $0.00 |
| South Hills Village Associates, L.P. c/o M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204 | | Lease | Unliquidated Disputed | | | $0.00 |
| The Macerich Company Attn: Eastland Mall Legal Leasing 401 Wilshire Boulevard, Suite 700 Santa Monica, CA 90401 | | Lease | | | | $20,000.00 |
| The Woodmont Company The Mall at Tuttle Crossing Attn: Mall Management Office 5043 Tuttle Crossing Boulevard #200 Dublin, OH 43016 | | Lease | Unliquidated Disputed | | | $0.00 |
| University Park Mall, LLC c/o M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204 | | Lease | Unliquidated Disputed | | | $0.00 |

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re: Brow Bar Inc.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Rafi Qureshi<br>5042 Silver Saddle Ct.<br>Dublin, OH 43016 | | | Sole Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: June 30, 2023

Signature: /s/ Rafi Qureshi
Rafi Qureshi

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

In re:    )   Case No. _____
Brow Bar Inc.    )
    )   ☐ Check if this form is submitted with an amended creditor
    )      list.
_____
          Debtor(s).   )

**VERIFICATION OF CREDITOR ADDRESS MATRIX**

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated: June 30, 2023                                /s/ Rafi Qureshi
                                                     Rafi Qureshi
                                                     Signature of Debtor

                                                     _____
                                                     Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

Arizona Mills Mall, LLC
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


Bellwether Properties of South Carolina
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


Castleton Square, LLC
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


CBL Properties LLC
Attn: Carmen Lindsey
2030 Hamilton Place Blvd., Suite 500
Chattanooga, TN 37421


Christiana Mall LLC
Attn: Law/Lease Administration Departmen
350 N. Orleans St., Suite 300
Chicago, IL 60654


Christine J. McKenna
McKenna, McCausland & Murphy, P.A.
3020 N.E. 32nd Avenue, Suite 304
Ft. Lauderdale, FL 33308


Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220


Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220


Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220


Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220


Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220

Christopher L. Cassidy
Cleveland Lehner Cassidy Attorneys at La
6214 Carrollton Ave., Suite 200
Indianapolis, IN 46220


Countryside Mall
27001 US Highway 19 N, Suite 1039
Clearwater Beach, FL 33761


Governor's Square Mall, LLC
Attn: Law/Lease Administration Departmen
350 N. Orleans St., Suite 300
Chicago, IL 60654


Mall at Miami International, LLC
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


Mall of Georgia, LLC
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


Merritt Square Mall
777 East Merritt Island Causeway
Merritt Island, FL 32952


Penn Ross Joint Venture
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


Simon Property Group (Texas), L.P.
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


Simon Property Group USA Inc.
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


Simon Property Group, L.P.
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


South Hills Village Associates, L.P.
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


South Hills Village Associates, L.P.
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204

```
The Macerich Company
Attn: Eastland Mall Legal Leasing
401 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401


The Woodmont Company
Attn: Mall Management Office
The Mall at Tuttle Crossing 5043 Tuttle
Dublin, OH 43016


University Park Mall, LLC
c/o M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204


WPG Westshore LLC
Attn: Legal Leasing
180 E. Broad Street, 21st Floor
Columbus, OH 43215
```

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re: Brow Bar Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Brow Bar Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 30, 2023
Date

/s/ Sarah L. Fowler
Sarah L. Fowler 30621-49
Signature of Attorney or Litigant
Counsel for   Brow Bar Inc.
Blackwell Burke and Ramsey PC
101 West Ohio Street  Suite 1700
Indianapolis, IN 46204
(317) 635-5005  Fax:
sfowler@bbrlawpc.com

## United States Bankruptcy Court
### Southern District of Indiana, Indianapolis Division

In re  Brow Bar Inc.          Case No. _____
                   Debtor(s)          Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Rafi Qureshi, declare under penalty of perjury that I am the President of Brow Bar Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Rafi Qureshi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to employ Sarah L. Fowler 30621-49 , attorney and the law firm of Blackwell Burke and Ramsey PC to represent the corporation in such bankruptcy case."

Date  June 30, 2023          Signed  /s/ Rafi Qureshi
                                                       Rafi Qureshi

Resolution of Board of Directors
of
Brow Bar Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rafi Qureshi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to employ Sarah L. Fowler 30621-49 , attorney and the law firm of Blackwell Burke and Ramsey PC to represent the corporation in such bankruptcy case.

Date   June 30, 2023                              Signed  _____

Date   June 30, 2023                              Signed  _____

## United States Bankruptcy Court
### Southern District of Indiana, Indianapolis Division

In re   Brow Bar Inc.                                           Case No.
                           Debtor(s)                            Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Rafi Qureshi, declare under penalty of perjury that I am the President of Brow Bar Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 29th day of June, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rafi Qureshi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to employ Sarah L. Fowler 30621-49, attorney and the law firm of Blackwell Burke and Ramsey PC to represent the corporation in such bankruptcy case."

Date   June 30, 2023                                    Signed   /s/ Rafi Qureshi
                                                                 Rafi Qureshi

Resolution of Board of Directors
of
Brow Bar Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rafi Qureshi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Rafi Qureshi, President of this Corporation is authorized and directed to employ Sarah L. Fowler 30621-49 , attorney and the law firm of Blackwell Burke and Ramsey PC to represent the corporation in such bankruptcy case.

Date    June 30, 2023                         Signed    /s/ Rafi Qureshi

Date                                          Signed